Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, #350
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for
Hue Vang

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

HUE VANG,

　　　　　Defendant.

Cr.S. 07-266 KJM

REQUEST FOR ORDER AND ORDER EXONERATING BOND AND RECONVEYING PROPERTY

On July 13, 2007, the Court ordered Mr. Hue Vang released on a $675,000 Vacarro bound secured by five separate pieces of real property. (Docs 86, 98 & 104) Mr. Vang posted the five properties and a deed of trust and promissory note was recorded against each. (Doc 204) The case was dismissed on January 10, 2011, and the Court ordered bond exonerated as to all defendants. (Doc 688)

Mr. Vang requests this Court order the Vacarro bond exonerated and that the Clerk of the Court be directed to reconvey the Deeds of Trust and the Promissory Notes back to the sureties as follows:

1  Hue Vang - 5981 E. Tam O-Shanter Ln., Fresno, CA 93727;

2  Seng Vang and Kha Vang - 2249 S. Miami Ave., Fresno, CA 93727;

3  Pang Her - 336 S. Caesar Ave., Fresno, CA 93727;

4  Nhia Vang - 2543 S. Jackson Ave., Fresno, CA 93725;

5  Cha Yang - 5233 E. Florence Ave., Fresno, CA 93727

DATED: April 3, 2013

                                     */s/ Krista Hart*
                                      Attorney for Hue Vang

## **ORDER**

It is hereby ordered that the Vacarro bond secured by Deeds of Trust and Promissory Notes from the following property and persons:

    Hue Vang - 5981 E. Tam O-Shanter Ln., Fresno, CA 93727;

    Seng Vang and Kha Vang - 2249 S. Miami Ave., Fresno, CA 93727;

    Pang Her - 336 S. Caesar Ave., Fresno, CA 93727;

    Nhia Vang - 2543 S. Jackson Ave., Fresno, CA 93725;

    Cha Yang - 5233 E. Florence Ave., Fresno, CA 93727

is hereby exonerated and the Clerk of the Court is ordered to reconvey back to the Trustor, the Deeds of Trust and the Promissory Notes.

DATED: April 3, 2013.

                                           UNITED STATES DISTRICT JUDGE